UNITED STATES of America, Plaintiff—Appellee,

v.

Alex URRUTIA–VERA, Defendant— Appellant.

No. 02–50079.

D.C. No. CR–00–00072–RT–1.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 4, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Alex Urrutia–Vera appeals his conviction by guilty plea and sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Urrutia–Vera's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that she failed to discover any arguable issues on appeal. Urrutia–Vera did not file a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio,* 488

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

